J. WALTER HARDCASTLE, DEFENDANT IN ERROR, v.
STILES & McCLAY, PLAINTIFFS IN ERROR.

Argued March 17, 1904—Decided September 30, 1904.

On error to the Supreme Court.

For the plaintiffs in error, *Eli H. Chandler.*

For the defendant in error, *William M. Clevenger.*

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given in the opinion of Mr. Justice Van Syckel in the Supreme Court, reported in 40 *Vroom* 551.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, FORT, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 11.

*For reversal*—None.